**Exhibit 1**

**Copyright Registration**