**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ina Tomecek | ) |
| | )    Case No. 25-cv-6902 |
| v. | ) |
| | )    Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | )    Magistrate: Hon. Keri L. Holleb Hotaling |
| IDENTIFIED ON SCHEDULE "A" | ) |
| | ) |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 2 | ChillOutPal | A1RGZPA1LTUWYU |

dismisses them from the suit without prejudice.

Dated: November 29, 2025          Respectfully submitted,

                                         By:     s/David Gulbransen/
                                                   David Gulbransen
                                                   Attorney of Record
                                                   Counsel for Plaintiff

                                                   David Gulbransen (#6296646)
                                                   Law Office of David Gulbransen
                                                   805 Lake Street, Suite 172
                                                   Oak Park, IL 60302
                                                   (312) 361-0825 p.
                                                   (312) 873-4377 f.
                                                   david@gulbransenlaw.com